## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN GABRIEL SALINAS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-334 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Respondent's Motion for Summary Judgment and Brief in Support, Dkt. No. 11; State Court records submitted by Respondent, Dkt. No. 12; Petitioner's response to the motion for summary judgment, Dkt. No. 13; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 15. The deadline to file objections to the M&R has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 15.[1] Accordingly, the Court **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 11. The Court **DISMISSES** the above-captioned case and **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 21st day of June 2019.

Hilda Tagle
Senior United States District Judge

---

[1] The second page of the M&R states that "In December 2019, Salinas was charged with 14 total counts in an indictment, including . . . ." The correct date should be December 2009.